

October 28, 2025

Dear Customer,

==The following is the proof-of-delivery for tracking number:== 885433957902



**EXHIBIT A**

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | H.Storey | **Delivery Location:** | 1900 5TH AVE N |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | Birmingham, AL, 35203 |
| | | **Delivery date:** | Oct 28, 2025 10:19 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 885433957902 | **Ship Date:** | Oct 23, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
REGIONS BANK,
1900 5th AVENUE NORTH, 23rd FLOOR
23rd FLOOR
BIRMINGHAM, AL, US, 35203

**Shipper:**
DANIEL P. NUGENT, AUSA, DEPT OF JUSTICE/EOUSA
800 MARKET ST, SUITE 211
KNOXVILLE, TN, US, 37902

| **Reference** | 2025R00557 |
|---|---|
| **Purchase Order** | USA/SS/TNE1/KNOX |

H. STOREY
#20, 10:26, 15 Del, 0 NonDel