

Dear Customer,

The following is the proof-of-delivery for tracking number: 889047209008



EXHIBIT
C

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | M.Sims | Delivery Location: | 1900 5TH AVE N |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | BIRMINGHAM, AL, 35203 |
| | | Delivery date: | Mar 2, 2026 10:26 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 889047209008 | Ship Date: | Feb 25, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
REGIONS BANK,
1900 5TH AVE N
23rd FLOOR
BIRMINGHAM, AL, US, 35203

Shipper:
DANIEL P. NUGENT, AUSA, DEPT OF JUSTICE/EOUSA
800 MARKET ST, SUITE 211
KNOXVILLE, TN, US, 37902

| Reference | 2025R00557 / Worrall APO |
|---|---|
| Purchase Order | USA/SS/TNE1/KNOX |



Thank you for choosing FedEx